## SECOND DISTRICT.

Charles W. Hadley et al., trading as Hadley & Weaver, defendants in error, v. Frank Z. Hanscom, plaintiff in error. Gen. No. 8,746.

Opinion filed June 28, 1934.

F. Z. Hanscom, pro se. John S. Woodward, for defendants in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Marguerite Jamieson, appellee, v. Charles W. Jamieson, appellant. Gen. No. 8,753.

Opinion filed June 28, 1934.

Walter P. Altenburg and Robert G. Phelps, for appellant. George S. McGaughey, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Cletus Rielly, a minor, by Martha Rielly, his mother and next friend, appellee, v. Fannie Hamilton, appellant. Gen. No. 8,800.

Opinion filed June 28, 1934.

Smith & Menzimer, for appellant; Frank E. Maynard, of counsel. Knight & Lupton, for appellee.

Mr. Justice Huffman delivered the opinion of the court.